1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                         SOUTHERN DISTRICT OF CALIFORNIA

10

11    PATRICIA ROSSELL,                          Civil No.    09-CV-2256-L (BGS)

12                           Plaintiff,
                                                 **ORDER SCHEDULING SETTLEMENT
13              v.                               DISPOSITION CONFERENCE**

14    UNITED COLLECTIONS BUREAU, INC., an
      Ohio Corporation,

15                           Defendant.

16

17         The Court held a Mandatory Settlement Conference on October 21, 2010, at which the case

18    settled. Accordingly, IT IS HEREBY ORDERED:

19         1.    A Joint Motion for Dismissal must be electronically filed on or before **December 9,**

20               **2010**.[1]  On the same day the Joint Motion for Dismissal is filed, the proposed order

21               for dismissal, for the signature of the Honorable M. James Lorenz, must be emailed

22               to the chambers of the Honorable Bernard G. Skomal.[2]

23         2.    If a Joint Motion for Dismissal and proposed order for dismissal are not submitted

24               on or before December 9, 2010, then a Settlement Disposition Conference will be

25               held on **December 10, 2010**, at **1:30 p.m.** before Judge Skomal.  The conference

26    _____

27         [1] *See* Electronic Case Filing Administrative Policies and Procedures Manual, United States
      District Court for the Southern District of California.

28         [2] *See id.* § h, for the chambers' official email address and procedures on emailing proposed
      orders.

1    shall be <u>telephonic</u>, with <u>attorneys only</u>.  Counsel for Plaintiff shall initiate and

2    coordinate the conference call.

3         3.    If a Joint Motion for Dismissal and proposed order for dismissal are received on or

4    before December 9, 2010, the Settlement Disposition Conference will be vacated.

5

6    DATED: October 21, 2010

7    BERNARD G. SKOMAL
     United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

09cv2256-L