Randall B. Christison (SBN 56729)
707 Broadway, Suite 1800
San Diego, CA 92101-5314
619.233.3200
randychristison@yahoo.com
Stephen G. Recordon (SBN 91401)
RECORDON & RECORDON
225 Broadway, Suite 1900
San Diego, CA 92101
619.232.1717
sgrecordon@aol.com
Clinton J. Rooney (SBN 221628)
ROONEY & LICKEL
1102 Cesar E. Chavez Pkwy
San Diego, CA 92113
619.573.9547
rooneycdi@gmail.com
Counsel for Plaintiff Patricia Rossell

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA ROSSELL, | CASE NO. 09 CV 2256 L BGS |
| Plaintiff, | STIPULATION OF DISMISSAL [FRCP 41(a)(1)] |
| v. | Complaint Filed: October 13, 2009 |
| UNITED COLLECTIONS BUREAU, INC., AN OHIO CORPORATION, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that:

1. This action was commenced on October 13, 2009.

2. The action is not a class action, no receiver has been appointed, and no statute of the United States requires an order of the court for dismissal.

3. The content of this document is acceptable to all persons required to sign it and have authorized their electronic signatures.

//

1  4.  This action in its entirety is hereby is dismissed with prejudice pursuant to FRCP
2      41(a)(1).

3  Dated: January 4, 2011.                    Dated:January 4, 2011

4                                             ROPERS, MAJESKI, KOHN & BENTLEY

6  /s/ *Randall B. Christison*                /s/ *Sean P. Flynn*

7  Randall B. Christison                      Sean P. Flynn
   randychristison@yahoo.com                  sflynn@rmkb.com
8  Attorneys for Plaintiff,                   Attorneys for Defendant,
   PATRICIA ROSSELL                           UNITED COLLECTIONS BUREAU, INC.,

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |

CASE NAME: *Rossell v. United Collection Bureau, Inc.*, 09cv2256 L BGS

1. I am over 18 years of age, not a party to this action, and a Citizen of the United States.

2. My business address is 707 Broadway, 18th Floor, San Diego, CA 92101-5314

3. On January 4, 2011, I served the following document:

    Stipulation of Dismissal [FRCP 41(a)(1)]

4. I served the documents on the persons at the address below:

    Sean P. Flynn, sflynn@rmkb.com, Ropers, Majeski, Kohn & Bentley, 515 South Flower Street, Suite 1100, Los Angeles, CA 90071

5. I served the documents by the court CM/ECF, and this document was transmitted by the Internet from our office.

6. I am a member of the bar of this court. I certify under penalty of perjury that the foregoing is true and correct.

January 4, 2011,                                                      /s/ Randall B. Christison

                                                                                  Randall B. Christison
                                                                                  Attorney for Plaintiff