1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA ROSSELL,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED COLLECTIONS BUREAU, INC.,<br><br>        Defendant. | Civil No. 09cv2256 L(BGS)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION [doc. # 54]** |

    Good cause appearing, the parties' joint motion for dismissal of the above-captioned case in its entirety and with prejudice is **GRANTED.** The Clerk of the Court is directed to close this case.

    **IT IS SO ORDERED.**

DATED: January 6, 2011

                                  M. James Lorenz
                                  United States District Court Judge

COPY TO:

HON. BERNARD G. SKOMAL
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28